# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00120-CV

**Paul Reynolds, Appellant**

**v.**

**Travis County Emergency Services District No. 4, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-11-001516, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Reynolds has notified this Court that he no longer wishes to pursue his appeal and has filed a voluntary motion to dismiss it. Appellee Travis County Emergency Services District No. 4 has not objected or otherwise responded to the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: June 11, 2014